UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 21- CV-23885

**SATTVICA, S.A., a foreign corporation**
**of the Republic of Argentina,**

        **Plaintiff,**

vs.

**FACEBOOK, INC., a Delaware corporation,**

        **Defendant.**     /

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff, SATTVICA, S.A. ("SATTVICA"), a foreign corporation, formed under the laws of the Republic of Argentina, sues Defendant, FACEBOOK, INC., a Delaware corporation ("FACEBOOK"), and states as follows:

**VENUE**

1. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b) because the Defendant conducts substantial business and maintains offices and employees in Miami, Florida.

**JURISDICTION**

2. This court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 2201 (declaratory relief); and 28 U.S.C. § 2202 (injunctive relief). There is an actual, justiciable controversy amongst the parties that can be resolved through judicial action.

3. The U.S. District Court for the Southern District of Florida has personal jurisdiction over the Defendant because the Defendant has offices in the Southern District of Florida and does

*Sattvica, S.A.*
*vs.*
*Facebook, Inc.*

Case No.:  21- CV-23885

*Complaint*

business in the Southern District of Florida.

## PARTIES

4. SATTVICA is a foreign corporation, formed under the laws of the Republic of Argentina, and is the registered owner of the mark "MARADONA" Registration Number 5,456,112 with the United States Patent and Trademark Office.

5. FACEBOOK is a corporation formed under the laws of Delaware, with its principal place of business in California and incorporated in the State of Florida, as a foreign profit corporation, under the name Facebook Miami, Inc.  FACEBOOK maintains offices in Miami, Florida, within the Southern District of Florida.

## GENERAL ALLEGATIONS

6. Diego Armando Maradona (hereinafter "Maradona") was and still to this day is one of the greatest players in the history of the sport of soccer.

7. A globally recognized marquee Argentinian soccer player Maradona was given the nickname "El Pibe de Oro" ("The Golden Boy"), a name that stuck with him throughout his career.

8. Maradona's success on the soccer field earned him global recognition and overtime, Maradona's name and likeness became an internationally known brand.

9. On or about March 30, 2016, SATTVICA registered the "MARADONA" mark in the Country of Argentina.

10. On March 28, 2016, Maradona executed an authorization in Argentina authorizing SATTVICA to have the exclusive rights to exploit and commercialize the "MARADONA" mark in Argentina and globally.


*Sattvica, S.A.*
*vs.*
*Facebook, Inc.*

Case No.: 21- CV-23885

*Complaint*

11. In addition to the "MARADONA" mark, Maradona also authorized SATTVICA to have exclusive rights to exploit and commercialize the following marks: "DIEGO MARADONA", "DIEGOL", "LA MANO DE DIOS", "EL DIEZ", and "EL DIEGO".

12. A true and correct copy of the Argentinian mark and Authorization signed by Diego Armando Maradona is attached is attached hereto as **Composite Exhibit A**.[1]

13. On December 29, 2015, SATTVICA filed with the United States Patent and Trademark Office the mark "MARADONA."

14. On May 1, 2018, after being published for opposition, the "MARADONA" mark was registered to SATTVICA.

15. A true and correct copy of Registration Number 5,456,112, from the United States Patent and Trademark Office, is attached hereto as **Exhibit B**.

16. A careful review of the United States Patent and Trademark Office registration evidences that the United States Patent and Trademark Office recognized the "MARADONA" mark registered in the country of Argentina. *See* **Exhibit B** at p. 3.

17. Over the years, SATTVICA and its principals have been embroiled in a never-ending battle with the late daughters of Maradona in Argentina over the use of the "MARADONA" mark.

18. SATTVICA proved itself victorious before the tribunals of Argentina, reaffirming that it is the only true and lawful owner of the "MARADONA" mark internationally, registering

---

[1] All attached Exhibits and documents which are in the Spanish language have been sent out to a translation service and upon return of the translated documents, Plaintiff will file the same with the Court.

*Sattvica, S.A.*
*vs.*
*Facebook, Inc.*

Case No.:  21- CV-23885

*Complaint*

marks in several countries including the European Union and here in the United States of America.

19. Notwithstanding the clear evidence that SATTVICA is the only true and rightful owner of the "MARADONA" mark, SATTVICA is not immune from individuals or entities misappropriating and misusing the "MARADONA" mark without SATTVICA's authorization or permission.

20. The primary vehicle which the "MARADONA" mark is used without the authorization or permission of SATTVICA is through the popular social media platform Instagram, which was acquired by FACEBOOK on April 9, 2012.

21. Specifically, on or about September 28, 2021, SATTVICA learned that the official "MARADONA" mark had been used to create an Instagram page which was managed by an unauthorized user(s) and contained multiple postings which were placed on the page without the express authority of SATTVICA.  Below is a screenshot of the unauthorized Instagram page/profile:



22. SATTVICA also learned that several images of Maradona which fall within the scope of the mark were uploaded and shared through the Instagram page, again without the authorization or permission of SATTVICA.

*Sattvica, S.A.*
*vs.*
*Facebook, Inc.*

*Case No.: 21- CV-23885*

*Complaint*

23. Upon becoming aware of the improper use of the "MARADONA" mark through the Instagram page, SATTVICA's Argentinian counsel, Mauricio Longin D'Alessandro, filed a formal complaint with FACEBOOK.

24. SATTVICA and its Argentinian counsel, Mauricio Longin D'Alessandro, followed the established procedure for removing content which is trademarked and/or copyrighted and is uploaded and disseminated without the express authorization or permission of the true owner of the mark or copyright. Below is a screenshot of the procedure as it appears on Instagram's website:



*Sattvica, S.A.*
*vs.*
*Facebook, Inc.*

Case No.:  21- CV-23885

*Complaint*



25. On September 30, 2021, FACEBOOK responded to the complaint stating that "Based on the information you have provided, it's not clear that you are the rights owner or are otherwise authorized to submit this report."  The response further states that "To help us confirm that you're authorized to report, please email ip@fb.com from an email address associated with your organization or provide us with additional information clarifying your authorization to submit this report. Please reference this report number in your message."

26. A true and correct copy of the formal complaint filed by SATTVICA with FACEBOOK on September 28, 2021, and FACEBOOK's response to the formal complaint on September 30, 2021 is attached hereto as **Exhibit C**.

27. In response, on October 13, 2021, Mr. D'Alessandro sent a formal letter/email to FACEBOOK, and attached the following documents to establish that SATTVICA was the owner of the "MARADONA" mark: (1) a power of attorney granting legal representation of Sattvica; (2)

*Sattvica, S.A.*
*vs.*
*Facebook, Inc.*

Case No.: 21- CV-23885

*Complaint*

ID of Mauricio Longin D'Alessandro, senior partner at Ayarra & D'Alessandro; (3) Document signed by Diego Armando Maradona, which transfers the brand "Maradona" to Sattvica S.A.; and (3) Registration of the brand Maradona under the name of Sattvica in the USA.

28. A true and correct copy of SATTVICA's response to FACEBOOK on October 13, 2021, along with the attachments is attached hereto as **Composite Exhibit D**.

29. On October 15, 2021, FACEBOOK responded that "Based on the information you've provided, it's not clear that you are the rights owner or are otherwise authorized to submit this report on the rights owner's behalf. Please note that we can only process reports from a rights owner or someone authorized to report on their behalf, such as a lawyer or agent."

30. A true and correct copy of FACEBOOK's response to SATTVICA on October 15, 2021, is attached hereto as **Exhibit E**.

31. Notwithstanding, SATTVICA and its Argentinian counsel's correspondence and proof that SATTVICA is the only true owner of the "MARADONA" mark, FACEBOOK has not removed the Instagram profile and page.

## COUNT I
## DECLARATORY AND INJUNCTIVE RELIEF

32. SATTVICA re-alleges paragraphs 1 through 30.

33. On May 1, 2018, SATTVICA registered its trademark in the United States for: "MARADONA", "DIEGO MARADONA", "DIEGOL", "LA MANO DE DIOS", "EL DIEZ", and "EL DIEGO".

34. On September 28, 2021, SATTVICA notified FACEBOOK that its trademark was being misappropriated and diluted by one of FACEBOOK's users.

*Sattvica, S.A.*
*vs.*
*Facebook, Inc.*

Case No.: 21- CV-23885

*Complaint*

35. SATTVICA followed the protocol set by FACEBOOK to report unauthorized use of the "MARADONA" mark on FACEBOOK.

36. FACEBOOK failed to remove the user profile and page, instead questioning whether SATTVICA was the rightful and legal owner of the content.

37. On October 13, 2021, SATTVICA provided additional proof to FACEBOOK, including but not limited to an official copy of the United States Patent and Trademark Office registration for the "MARADONA" mark, Registration Number 5,456,112.

38. To date, FACEBOOK has refused to remove the unauthorized user and page, continuing to question the legitimacy of SATTVICA's rights to the "MARADONA" mark.

39. SATTVICA has no adequate remedy at law for the above-mentioned conduct of FACEBOOK. This action for injunctive relief is SATTVICA's only means for securing relief.

40. The Court should grant preliminary and permanent injunctive relief to SATTVICA, enjoining FACEBOOK from hosting and/or disseminating the unauthorized page using the MARADONA mark on its Instagram platform, directing its immediate removal and placing the use and access in the exclusive possession of SATTVICA.

WHEREFORE, Plaintiff, SATTVICA, requests the following relief:

A. Entry of a declaratory judgment, pursuant to 28 U.S.C. §2201, declaring that SATTVICA is the only true and rightful owner of the "MARADONA" mark which also includes: "MARADONA", "DIEGO MARADONA", "DIEGOL", "LA MANO DE DIOS", "EL DIEZ", and "EL DIEGO".

B. Entry of a declaratory judgment, pursuant to 28 U.S.C. §2201, declaring

*Sattvica, S.A.*
*vs.*
*Facebook, Inc.*

Case No.: 21- CV-23885

*Complaint*

that United States Patent and Trademark Office registration for the "MARADONA" mark, Registration Number 5,456,112 is owned by and registered to SATTVICA.

C. A preliminary injunction, pursuant to Fed. R. Civ. P. 65, enjoining FACEBOOK from hosting and/or disseminating the unauthorized page using the MARADONA mark on its Instagram platform and directing its immediate removal and placing the use and access in the exclusive possession of SATTVICA.

D. A permanent injunction, pursuant to Fed. R. Civ. P. 65, enjoining FACEBOOK from hosting and/or disseminating the unauthorized page using the "MARADONA" mark on its Instagram platform and directing its immediate removal and placing the use and access in the exclusive possession of SATTVICA.

**DATED THIS  4th  DAY OF NOVEMBER, 2021.**

*/s/ Jose-Trelles Herrera*
**JOSE-TRELLES HERRERA, ESQ.**
**Florida Bar No.: 113685**
**HERRERA LAW FIRM, P.A.**
**P.O. Box 442968**
**Miami, Florida 33144**
**Tel: (305) 445-1100 / Fax: (305) 221-8805**
**E-mail: JTHerrera@Herreralawfirm.com**
        **VTarajano@Herreralawfirm.com**