UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 21-23885-CIV-MARTINEZ

SATTVICA, S.A., a foreign corporation
of the Republic of Argentina,

       Plaintiff,

vs.

FACEBOOK, INC., a Delaware corporation,

       Defendant.            /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS GIVEN that Plaintiff, SATTVICA, S.A., hereby dismisses, without prejudice, any and all claims and causes of action brought in this matter against Defendant, FACEBOOK, INC., and each party to bear their own attorney's fees and costs.

       Respectfully submitted,

       HERRERA LAW FIRM, P.A.
       P.O. BOX 442968
       Miami, Florida 33144
       Tel: (305) 445-1100 / Fax: (305) 221-8805
       E-mail: JTHerrera@Herreralawfirm.com
               VTarajano@Herreralawfirm.com

       By */s/ Jose-Trelles Herrera*
           JOSE-TRELLES HERRERA, ESQ.
           Florida Bar No.: 113685

CASE NO.: 21-23885-CIV-MARTINEZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the CM/ECF System on this  14th   day of December, 2021, on Oliver Alan Ruiz, Esq., Malloy & Malloy P.L., 2800 S.W. Third Avenue, Miami, Florida 33129, and Bobby Ghajar, Esq., and Marcus Peterson, Esq., Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, California 90401.

*/s/ Jose-Trelles Herrera*
**JOSE-TRELLES HERRERA, ESQ.**